UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


CHARLOTTE CORNISH AND
PERCY CORNISH                                CIVIL ACTION

VERSUS                                       NUMBER 10-173-FJP-DLD

ALLSTATE INDEMNITY COMPANY


## **RULING**

This matter is before the Court on the motion to for summary judgment filed by the defendant Allstate Indemnity Company.[1] Plaintiffs were required to file a response to this motion by March 10, 2011. Plaintiffs have failed to oppose this motion within 21 days as required by Local Rule 7.5M; therefore, the Court must assume that plaintiffs have no opposition to this motion.[2] Further, the Court finds that the motion should be granted as a matter of fact and law.

Therefore: Defendants' motion for summary judgment is granted and plaintiffs' case against Allstate Indemnity Company is

---

[1]Rec. Doc. No. 17.

[2]*See* Local Rule 7.5M, which requires "[e]ach respondent opposing a motion is required [to] file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within 21 days after service of the motion."

Doc#47207

dismissed with prejudice.

Judgment shall be entered accordingly.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 29, 2011.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47207